DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCHEVY LAMAR BLUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-979

[September 5, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 02-20320CF10A.

Schevy Lamar Blue, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Melanie Dale Suber, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***